**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 06-729 |
| NBC UNIVERSAL, INC., | ) ) ) | |
| Defendant. | ) ) | |

**REMBRANDT TECHNOLOGIES, LP'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Rembrandt Technologies, LP ("Rembrandt"), is a New Jersey limited partnership. Rembrandt has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of Rembrandt's stock.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

2

*Of Counsel:*

John F. Sweeney
**Joseph A. DeGirolamo**
Michael O. Cummings
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: (212) 415-8700
Fax: (212) 415-8701
jsweeney@morganfinnegan.com
jdegirolamo@ morganfinnegan.com
mcummings@morganfinnegan.com

Dated:  December 6, 2006
175782.1