IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 06-729-GMS |
| NBC UNIVERSAL, INC., | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time in which defendant may move, answer or otherwise plead in response to the Complaint is extended until January 26, 2007. The reason for this extension is that defendant has just retained counsel, and requires additional time to analyze the issues and prepare a response to the Complaint, particularly in light of the upcoming holidays.

ASHBY & GEDDES

*/s/ Steven J. Balick*
Steven J. Balick (No. 2114)
John G. Day (No. 2403)
Lauren E. Maguire (No. 4261)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
  *Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (No. 1014)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Defendant*

**SO ORDERED** this _____ day of December, 2006.

_____
District Judge