# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE
### WILMINGTON DIVISION

| | | |
|---|---|---|
| **REMBRANDT TECHNOLOGIES, LP** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.    1:06-CV-00730-GMS** |
| | ) | |
| **ABC INC.** | ) | |
| | ) | |
| **Defendants** | ) | |
| ————————————————— | ) | |

| | | |
|---|---|---|
| **REMBRANDT TECHNOLOGIES, LP** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.    1:06-CV-00731-GMS** |
| | ) | |
| **FOX ENTERTAINMENT GROUP INC.,** | ) | |
| **FOX BROADCASTING COMPANY** | ) | |
| | ) | |
| **Defendants** | ) | |
| ————————————————— | ) | |

| | | |
|---|---|---|
| **REMBRANDT TECHNOLOGIES, LP** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.    1:06-CV-00635-GMS** |
| | ) | |
| **CABLEVISION SYSTEMS CORPORATION,** | ) | |
| **CSC HOLDINGS INC.,** | ) | |
| | ) | |
| **Defendants** | ) | |
| ————————————————— | ) | |

US2000 9828428.1

| | |
|---|---|
| **COXCOM INC.** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No.    1:06-CV-00721-GMS** |
| | ) |
| | ) |
| **REMBRANDT TECHNOLOGIES LP** | ) |
| | ) |
|     **Defendants** | ) |
| _____ | ) |

| | |
|---|---|
| **REMBRANDT TECHNOLOGIES, LP** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No.    1:06-CV-00727-GMS** |
| | ) |
| | ) |
| **CBS CORPORATION** | ) |
| | ) |
|     **Defendants** | ) |
| _____ | ) |

| | |
|---|---|
| **REMBRANDT TECHNOLOGIES, LP** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No.    1:06-CV-00729-GMS** |
| | ) |
| **NBC UNIVERSAL INC.** | ) |
| | ) |
| | ) |
|     **Defendants** | ) |
| _____ | ) |

### NOTICE OF FILING MOTION FOR TRANSFER AND CONSOLIDATION OF REMRBANDT TECHNOLOGIES, LP PATENT LITIGATION PURSUANT TO 28 U.S.C. § 1407

      PLEASE TAKE NOTICE that, pursuant to J.P.M.L. Rule 5.2(b), on March 9th, 2007,

CoxCom, Inc. filed its Motion for Transfer and Consolidation of the Rembrandt

Technologies, LP Patent Litigation Pursuant to 28 U.S.C. § 1407 with the Judicial Panel on

Multidistrict Litigation in Washington, D.C.  CoxCom, Inc., a non-party to these actions, is a

named defendant in both *Rembrandt Technologies, LP v. Charter Communications, Inc., et.*

*al.*; Civil Action No. 2:06-CV-507, and *Rembrandt Technologies, LP v. Charter*

*Communications, Inc., et. al.*; Civil Action No. 2:06-CV-223, both pending before Judge T.

John Ward in the Eastern District of Texas.  Enclosed with this Notice are copies of the

motion for transfer and consolidation and all documents in support thereof.  These

documents are relevant to the following cases pending before Judge Gregory M. Sleet in the

District of Delaware: 1:06-CV-635; 1:06-CV-721; 1:06-CV-727; 1:06-CV-729; 1:06-CV-

730; and 1:06-CV-731.

Dated: March 9th, 2006.


KILPATRICK STOCKTON
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
(404) 815-6555 (facsimile)
Mstockwell@kilpatrickstockton.com
Sgriffin@kilpatrickstockton.com

Tonya R. Deem
KILPATRICK STOCKTON
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7300
(336) 607-7500 (facsimile)
tdeem@kilpatrickstockton.com

Respectfully Submitted

*Mitchell G. Stockton*

Mitchell G. Stockton
R. Scott Griffin


**ATTORNEYS FOR COXCOM, INC**.

## CERTIFICATE OF SERVICE

The Undersigned certifies that a copy of the NOTICE OF FILING MOTION FOR

TRANSFER AND CONSOLIDATION OF REMBRANDT TECHNOLOGIES, LP

PATENT LITIGATION PURSUANT TO 28 U.S.C. § 1407 was served by first class mail on

all counsel of record in the above-captioned cases.

Mitchell G. Stockton
KILPATRICK STOCKTON
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
(404) 815-6555 (facsimile)
mstockton@kilpatrickstockton.com

**ATTORNEY FOR COXCOM, INC**.